PROB 12
(Rev. 10/19)

**United States District Court**
**for the**
**DISTRICT OF MARYLAND**

**United States vs. Gary Smith**                                    **Docket No.: 0416 1:19CR00137-016**

**SEALED**
**Petition on Supervised Release**
**Petition #3**
**July 17, 2025**

      COMES NOW **Alicia Barrett** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Gary Smith** who was sentenced for **Conspiracy To Distribute Controlled Substances, 21 U.S.C. § 846, a Class B Felony\*,** by the **Honorable Paul W. Grimm, U.S. District Judge,** sitting in the court at **Baltimore, Maryland**, on the **3rd day of December, 2019**, who sentenced the defendant to **60 Months Bureau of Prisons; 48 Months Supervised Release**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

*Supervision commenced on July 8, 2022.*
*\*Pursuant to 18 U.S.C. § 3583(e)(3), the maximum penalty upon revocation is 3 years.*
*\*\*The maximum period of Supervised Release that may be imposed following a new term of imprisonment upon revocation:* <u>60</u> *months, minus the term of imprisonment imposed.*

1. You must not use or possess alcohol.
2. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
3. You must not communicate, or otherwise interact, with , either directly or through someone else, without first obtaining the permission of the probation officer.
4. You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.
5. You must participate in a vocational services program and follow the rules and regulations of that program. Such a program may include job readiness training and skills development training.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation Number 1** *(Originally Alleged on Petition #1 on April 3, 2024)*
Mr. Smith was arrested on/about March 5, 2024, in West Virginia and charged with Domestic Battery.

The defendant is in violation of Statutory Condition #1 which states: The defendant shall not commit any federal, state, or local crime.

**Violation Number 2** *(Originally Alleged on Petition #1 on April 3, 2024)*

Re: Smith, Gary
Dkt. #: 0416 1:19CR00137-016
Petition #: 3
Page: 2

Mr. Smith did not report his March 5, 2024 arrest to his Probation Officer within 72 hours.

The defendant is in violation of Standard Condition #9 which states: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Violation Number 3** *(Originally Alleged on Petition #1 on April 3, 2024)*
Mr. Smith submitted a drug test on March 13, 2024, which tested positive for Cocaine.

The defendant is in violation of Mandatory Condition #2 which states: You must not unlawfully possess a controlled substance.

**Violation Number 4** *(Originally Alleged on Petition #1 on April 3, 2024)*
Mr. Smith admitted to using Cocaine on March 12, 2024.

The defendant is in violation of Mandatory Condition #3 which states: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation or release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Violation Number 5** *(Originally Alleged on Petition #1 on April 3, 2024)*
Mr. Smith reported he is unemployed and has failed to provide verification of employment.

The defendant is in violation of Standard Condition #7 which states: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Violation Number 6** *(Originally Alleged on Petition #2 on February 7, 2025)*
Mr. Smith was unsatisfactorily discharged from Wells House and Survival Recovery long term residential treatment programs.

The defendant is in violation of the Special Condition which states: You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Violation Number 7** *(Originally Alleged on Petition #2 on February 7, 2025)*
Mr. Smith has failed to contact his Probation Officer to report his whereabouts/address since his discharge from treatment on/about February 3, 2025.

The defendant is in violation of Standard Condition #5 which states: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the

Re: Smith, Gary
Dkt. #: 0416 1:19CR00137-016
Petition #: 3
Page: 3

people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Violation Number 8** *(Originally Alleged on Petition #2 on February 7, 2025)*
Mr. Smith's whereabouts are unknown, therefore preventing his Probation Officer to make contact with him.

The defendant is in violation of Standard Condition #6 which states: You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

**Violation Number 9** *(New)*
On May 29, 2025, Mr. Smith was arrested in Berkeley County, West Virginia and charged with Controlled Substance- Manufacture or Possess with Intent to Deliver Schedule I or II Narcotic (3 counts) and Conspiracy Against State.

The defendant is in violation of Mandatory Condition #1 which states: You must not commit another federal, state or local crime.

**Violation Number 10** *(New)*
On May 29, 2025, Mr. Smith was arrested in Berkeley County, West Virginia.

The defendant is in violation of Standard Condition #3 which states: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Violation Number 11** *(New)*
On May 29, 2025, Mr. Smith was arrested for Controlled Substance- Manufacture or Possess with Intent to Deliver Schedule I or II Narcotic (3 counts).

The defendant is in violation of Mandatory Condition #2 which states: You must not unlawfully possess a controlled substance.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Gary Smith for alleged violation(s) of Supervised Release. This document shall be sealed until the defendant's initial court appearance.

|  |  |
|---|---|
| ORDER OF COURT<br>Considered and ordered as prayed this __18th__ day of __July__, 20 __25__ and ordered filed and made a part of the records in the above case. | I declare under penalty of perjury that the foregoing is true and correct,<br><br><br>_____<br>Alicia Barrett, Senior U.S. Probation Officer |

**Re: Smith, Gary**
**Dkt. #: 0416 1:19CR00137-016**
**Petition #: 3**
**Page: 4**

Julie R. Rubin
U.S. District Judge

Date: 7/17/2025

Reviewed and Approved By:

Abigail O'Neill, Supervisory U.S. Probation Officer

Date: 7/17/2025

Place: Baltimore, Maryland